526 A.2d 1188

**Anthony MENDICINO and Angela M. Mendicino, Respondents,**

v.

**Kathryn M. RENDINA, Petitioner.**

Supreme Court of Pennsylvania.

June 16, 1987.

## ORDER

PER CURIAM.

AND NOW, this 16th day of June, 1987, the petition for allowance of appeal is granted only with regard to the issue of damages. The order of the Superior Court is vacated to the extent that court found the damages issue to be waived, and the case is remanded to the Superior Court for consideration of the damages issue. In all other respects, the petition is denied.

Jurisdiction relinquished.

HUTCHINSON, J., dissents.